# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**AARON MITCHELL ELROD**  **PLAINTIFF**
**ADC #160306**

v.  Case No. 4:20-cv-00288-LPR-JTK

**LONOKE COUNTY DETENTION CENTER, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation (Doc. 6) from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of the proposed findings and recommendations, as well as a de novo review of the record, the Court adopts the Proposed Findings and Recommendation (Doc. 6) in its entirety.

IT IS THEREFORE ORDERED that Defendants Lonoke County Detention Facility and Mathew Hodge are DISMISSED. The dismissal of Defendant Lonoke County Detention Facility is with prejudice. The dismissal of Defendant Mathew Hodge is without prejudice.

IT IS SO ORDERED this 26th day of June 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE