# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

AARON MITCHELL ELROD                                                                                    PLAINTIFF

v.                                           4:20CV00288-JTK

LONOKE COUNTY DETENTION CENTER, et al.                                              DEFENDANTS

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss, based on Plaintiff's failure to notify the Court of his present address and Defendants' inability to effect service of discovery requests upon the Plaintiff. (Doc. No. 29) By Order dated October 15, 2020, this Court directed Plaintiff to notify the Court of his current address AND his intent to continue prosecution of this action AND to respond to Defendants' Motion within thirty days. (Doc. No. 32) The copy of the Order sent to Plaintiff was returned as undeliverable on November 2, 2020. (Doc. No. 33) On November 5, 2020, Plaintiff filed a Notice of his changed address and the Court re-mailed a copy of the October 15, 2020 Order to him. (Doc. No. 34) However, as of this date, Plaintiff has not responded to the Court's Order concerning his intent to continue prosecution of this action, and has not responded to Defendants' Motion.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .

In light of Plaintiff's failure to respond to the Court's October 15, 2020 Order and to the Defendants' Motion to Dismiss, the Court finds that his Complaint should be dismissed without prejudice for failure to prosecute. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion to Dismiss (Doc. No. 29) is GRANTED and Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 15th day of December, 2020.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE